PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

DEC 30 2022

CLERK, U.S. DISTRICT COURT
By _____
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

Magic Johnson

DL# 08055764 Marc Arron Jung-Peters

**REDACTED**

_Plaintiff's Name and ID Number_

940 766 8170 28K Central Freeway East

Wichita Falls, TX 76302

7-22CV-132-0

_Place of Confinement_

CASE NO. 4:22-cv-00941-P

(Clerk will assign the number)

v.

Child Suppat Division → Hayden M. Robertson

_Defendant's Name and Address_

Arron MP Kline    940 761 5050

_Defendant's Name and Address_    Jack Dulcey

FELICIA THOMPSON

Social Security Office    BROOKLYN MITCHELL

_Defendant's Name and Address_    Kelly Payton

( DO NOT USE "ET AL.")    Hillary    Leva Robertson

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis,* the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

*Colby K8*

I. PREVIOUS LAWSUITS: *AMERICAN FAMILY INS (785)*

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

       1. Approximate date of filing lawsuit: *JAN 11 2004 Denver, Co*

       2. Parties to previous lawsuit:
         Plaintiff(s) *MARC ARRON PETERS 456 87 7767*
         Defendant(s) *Lena Jacqueline Robertson aces Plaintiff*

       3. Court: (If federal, name the district; if state, name the county.) *Northern WICHITA CO*

       4. Cause number: *Hayden Mattha Peter-Robertson 4-1-04*

       5. Name of judge to whom case was assigned: *WICHITA - TAYLOR county*

       6. Disposition: (Was the case dismissed, appealed, still pending?) *I Am alive*

       7. Approximate date of disposition: *36 thousand in Hayden Robertson*

*TEXAS CPS CASE 2 FROM 4-1-04*

II.    PLACE OF PRESENT CONFINEMENT: _Wichita County Jail_
940 766 8170

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Marc Aron Jung Peters_
_Magic Johnson - 2815 Central Freeway East_
_Wichita Falls, TX 76302  940 766 8170_

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _Lena Jacqueline Robertson_
_CHILD support case from 2004-2008_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_I paid 36 thousand CHILD SUPPORT INSURANCE_

Defendant #2: _Kenneth Dale Turner_
_harrassed me About the child support_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_caused expensive problems yearly_

Defendant #3: _Roy dell Robertson_
_did not help for several years, Mothers dad_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Lied About, his daughter my bank accounts_

Defendant #4: _Thelma Louise Hibler_
_did not help grandson_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Lied about her daughter caused problems_

Defendant #5: _Andy I cooling_
_IOWA PARK TX_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_did not comply with Wichita county_

_Tori Jayden Jung_

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I am owed 36 thousand in Hayden Matthew Robertson child support case from April 1, 2004 And her family continuosly lied. Her uncle Kenneth, Dale Turner caused problems every weekend Kay dell Robertson & Thelma Louise Hibler did not help their daughter.

VI.    RELIEF: CAUREN engineering owes me 401K Money 3-06/3-07 ABILENE TX Treadway Blvd

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

CHILD SUPPORT DIVISION owes me from 05-08 ARROW MP unemployment 2018 JACK Pulley harrassing me About PECICIA THOMPSON. MATT FROST being

VII.    GENERAL BACKGROUND INFORMATION: RACIST About kelly PAYTON

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Marc Aron, Marc Jung - Magic

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Estella Sapp

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): CHILD Support

2. Case number: HAyden Robertson, Probation dept

3. Approximate date sanctions were imposed: 2004 - 2020

4. Have the sanctions been lifted or otherwise satisfied? NO

✓YES ____NO

Still going?

C. Has any court ever warned or notified you that sanctions could be imposed?  ☐ YES  ☑ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): *WICHITA, Taylor co*

    2. Case number: *CHILD Support Hayden Robertson*

    3. Approximate date warning was issued: *50% of earned income*

Executed on: *7th-12-2022*
      DATE

*5 pm*

                               *(Signature of Plaintiff)*

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this *7th* day of *December*, 20 *22*
           (Day)                   (month)        (year)

*940 723 0099*

                                 *(Signature of Plaintiff)*

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

CHILD SUPPORT DIVISION
HAYDEN MATTHEW ROBERTSON

# 218017132   DECEMBER 6th, 2022 10:44 AM
# 218019002   DECEMBER 6th, 2022 11:00 AM

When Lena Jacqueline Robertson got her diploma I had not been with her since September of 2002. I know I avoided her every weekend and holiday after 9-11-2002.

I had a fiancé and was being serious about responsibilities.

I filed 18 thousand a year on the child support division for 4 years.

MAC: 48:46:CI:22:1A:A-S
SN: 4846CI221AAS
Sheriff Office # 68458

sc/ # 106

# Probation Harrassment

Ashley Pike was my first probation officer in WICHITA FALLS, TX and the probation dept has not operated correctly since ROGERS then Peeler, SARA MUELLER, TORREZ, Daphne Mueller, several others.

940 766 8199 Marty Cannody 940 761 2557

Mark Barber 940 766 3009

GREG MIRKLE have been my probation officers.

MHMR mental stress, Medication, TYLENOL and wasting my schedule. CRISIS UNIT Not helping.

MIDTOWN MANOR not providing ASSISTANCE.

Deborah Victoria not providing ASSISTANCE.

TWILA STERNER 940 642 3660 Deville being Annoying.

940 855 3629, 940 224 2524, 2304 Rockhill Rd

Gabriel Victoria Bob Johnston 940 613 5985

Raven Newport 940 447 4014

SHERIFF DEPT EMPLOYEES 940 766 8170 HAVE NOT worked legally whatsoever And have Intended 38.05 techniques with opinion And co workers.

*Ssn 456 87 7767  DoB 2-19-85*

*Boston MA*

*Magic Johnson*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

*Marc Aaron Jung*       *Peters*

Plaintiff

**RECEIVED**

DEC 30 2022

CLERK U.S. DISTRICT CO.
NORTHERN DISTRICT

4:22-CV-00141-P

*Hayden Robertson*

v.

*Child Support, unemployment, Jack Pulley*

Defendant

*MENTAL STRESS - NORTEX 940 322 5281 ext 117 8am-5pm*

Case Number

**NOTICE AND ELECTION REGARDING CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned notifies the clerk that

*Hayden Matthew Robertson — Lena Robertson*

_____

Party Name                                      Party Role (Plaintiff or Defendant)

✓_____ waives the right to proceed before a district judge of the United States District Court and consents to

have a United States magistrate judge conduct any and all further proceedings, including any trial, and

order entry of a final judgment.

_____ acknowledges the availability of a United States magistrate judge to try this case or rule on

dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: *Dec 7th, 2022*          Signature: *Magic Johnson*

*Steven M Williams*
*Marty Cannedy*
*Sara Mueller*

Bar Number (if attorney): *1106 Brock St*

Telephone Number: *940 723 0099*

E-mail Address: *WF, TX 76301*

**NOTE:** A district judge or a magistrate judge will not be informed of any party's election unless all parties
have consented to the reassignment of the matter to a magistrate judge.

*Greg Muhle*
*Mark Barber*



Magic Johnson
"Marc Aaron Felton"
"Quing"
940 766 8170
281S CENTRAL FREEDOM
WICHITA FALLS, TX
76302
4:22-CV-00
DL#08055764
#68458-2005

RECEIVED
DEC 3 0 2022
CLERK'S DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

NORTHERN DISTRICT, WICHITA FALLS, TX
CLERK OF THE U.S.
DISTRICT COURT
801 W. TENTH St. Rn 310
Fort Worth, TX
76102

© USPS 2019

Inmate Correspondence
Wichita County, Texas
Detention Center

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT



FSC
MIX
Envelope
FSC® C137131