IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| MARC ARRON JUNG-PETERS, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 7:22-cv-132-O |
| CHILD SUPPORT DIVSION, et al., | § | |
| Defendants. | § | |

## **JUDGMENT**

This action came on for consideration by the Court, and Plaintiff having failed to comply with the Court's order,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the complaint is **DISMISSED** without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

**SIGNED** this **30th day** of **January, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE